THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROGER HABON,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIPER HOME LOANS, INC. *et al.*,<br><br>  Defendants. | CASE NO. C20-0266-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Caliber Home Loans, Inc.'s motion to dismiss (Dkt. No. 9). Plaintiff has failed to respond to Defendant's motion. If a plaintiff fails to respond to a defendant's motion to dismiss, then a district court may dismiss the case without reaching the merits. *See* W.D. Wash. Local Civ. R. 7(b)(2); *Ghazali v. Moran*, 46 F.3d 52, 53–54 (9th Cir. 1995); *Marcus v. ABC Signature Studios, Inc.*, 279 F. Supp. 3d 1056, 1063 (C.D. Cal. 2017). The Court finds that approach appropriate here. Consequently, the Court DISMISSES Plaintiff's complaint without prejudice. The Clerk is DIRECTED to close this case.

DATED this 2nd day of June 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-0266-JCC
PAGE - 1